DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE MANZO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3245

[March 23, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502005CF004853AXXX.

Josue G. Manzo, Lake City, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

MAY, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***